## NELSON v. PINEHURST ENTERPRISES, INC.

No. 202P89.

Case below: 93 N.C. App. 513.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 26 July 1989.

## SHORE v. BROWN

No. 470PA88.

Case below: 91 N.C. App. 288.

Petition by third-party defendant (General Motors Company) for writ of certiorari to the North Carolina Court of Appeals denied 26 July 1989.

## SPAULDING v. R. J. REYNOLDS TOBACCO CO.

No. 254A89.

Case below: 93 N.C. App. 770.

Notice by plaintiff of appeal from the North Carolina Court of Appeals pursuant to G.S. 7A-30 dismissed 26 July 1989.

## STATE v. DAVIS

No. 230P89.

Case below: 93 N.C. App. 790.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 26 July 1989.

## STATE v. FREEMAN

No. 201P89.

Case below: 93 N.C. App. 380.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 26 July 1989.